UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  **Sansone, Francesca**          Case No.:    **16-17053-RG**

                                        Chapter:     **7**

                                        Judge:       **Rosemary Gambardella**

---

**NOTICE OF PROPOSED ABANDONMENT**

---

Benjamin A. Stanziale, Jr., Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | James J. Waldron, Clerk |
| | United States Bankruptcy Court |
| | 50 Walnut Street |
| | Newark, New Jersey   07102 |

If an objection is filed, a hearing will be held before the Honorable Rosemary Gambardella on October 18, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 3E. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of Property:  **19 William Way  Long Valley, New Jersey**

  **Current  Market Value of Property: $675,000.00**
  **Estimated Cost of Sale:  $67,500.00**

Liens on property:   **Bank of America – $706,560.00**

Amount of equity claimed as exempt:   **none.**

Objections must be served on, and requests for additional information directed to:

Name:       Benjamin A. Stanziale, Jr., Trustee

Address:    29 Northfield Avenue, Suite 201, West Orange, New Jersey 07052

Telephone No.:(973) 731-9393

```
                        United States Bankruptcy Court
                             District of New Jersey
```

In re:                                                                  Case No. 16-17053-RG
Francesca Sansone                                                       Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2          Date Rcvd: Sep 20, 2016
                                  Form ID: pdf905          Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 22, 2016.
```
db            +Francesca Sansone,    19 William Way,    Long Valley, NJ 07853-3450
516115935     +Action Collection Agency,    16 Commerce Boulevard,    Middleboro, MA 02346-1085
516115936     +Advocare Aygen Pediatric and Adult Care,    530 Main Street, Suite 4A,    Chester, NJ 07930-2669
516115937     +Affiliated Dermatology,    182 South Street,    Morristown, NJ 07960-5350
516115938     +Affinity Federal Credit Union,    Attn. Peter J. Liska, LLC,    766 Shrewsbury Avenue,
                Tinton Falls, NJ 07724-3001
516115941     +Art of Dance,    15 Seminary Avenue,    Chester, NJ 07930-2675
516115942     +Bank of America Home Loans,    Attn. Fein, Such, Kahn & Shepard, PC,
                7 Century Drive, Suite 201,    Parsippany, NJ 07054-4609
516340828      Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
516115943     +Bloomingdales,    9111 Duke Blvd.,    Mason, OH 45040-8999
516324118      Capital One NA,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516115946    #+Credit Solutions Corporation,    5454 Ruffin Road, Suite 200,    San Diego, CA 92123-1313
516115948      Emergency Medical Services,    Attn. B & B Collections,    PO Box 2137,
                Toms River, NJ 08754-2137
516115949     +Gregory Sansone,    19 William Way,    Long Valley, NJ 07853-3450
516115952     +Lifeline Medical Associates, LLC,    99 Cherry Hill Road,    Parsippany, NJ 07054-1102
516115953    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
              (address filed with court:  State of New Jersey,    50 Barrack Street,    PO Box 269,
                Trenton, NJ 08695-0269)
516115954     +Travelers,    77 Hartland Street,    PO Box 280410,    East Hartford, CT 06128-0410
516115956     +World Financial Network,    Portfolio Recovery Assocaites,    120 Corporate Boulevard,
                Norfolk, VA 23502-4962
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 20 2016 23:12:04     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 20 2016 23:12:01      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
intp          +E-mail/Text: BNC@magtrustee.com Sep 20 2016 23:12:50     Marie-Ann Greenberg,
                30 Two Bridges Road, Suite 330,    Fairfield, NJ 07004-1550
516115939     +E-mail/Text: bankruptcycare@affinityfcu.com Sep 20 2016 23:11:39
                Affinity Federal Credit Union,    73 Mountainview Boulevard,    Basking Ridge, NJ 07920-2332
516345788      E-mail/PDF: resurgentbknotifications@resurgent.com Sep 20 2016 23:08:25
                Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
516115944     +E-mail/Text: bankruptcy_notifications@ccsusa.com Sep 20 2016 23:12:53
                Credit Collections Services,    Two Wells Avenue,    Newton, MA 02459-3246
516115945     +E-mail/Text: kzoepfel@credit-control.com Sep 20 2016 23:12:05     Credit Control, LLC,
                5757 Phanthom Drive,    Hazelwood, MO 63042-2429
516115950     +E-mail/Text: bankruptcy@icsystem.com Sep 20 2016 23:12:36     IC Systems, Inc.,    PO Box 64378,
                Saint Paul, MN 55164-0378
516115951      E-mail/Text: bnckohlsnotices@becket-lee.com Sep 20 2016 23:11:25     Kohl's,    PO Box 2983,
                Milwaukee, WI 53201-2983
516115955     +E-mail/Text: collect@williamsalexander.com Sep 20 2016 23:11:44
                Williams Alexander & Associates,    1479 Route 23 South,    Wayne, NJ 07470-7507
                                                                                              TOTAL: 10

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516115940*    +Affinity Federal Credit Union,    73 Mountainview Boulevard,    Basking Ridge, NJ 07920-2332
516115947*    +Credit Solutions Corporation,    5454 Ruffin Road, Suite 200,    San Diego, CA 92123-1313
516319651*   ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
              (address filed with court:  State of New Jersey,    Department of Treasury,
                Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
                                                                                TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0312-2          User: admin              Page 2 of 2             Date Rcvd: Sep 20, 2016
                              Form ID: pdf905          Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 19, 2016 at the address(es) listed below:
              Benjamin A. Stanziale, Jr.    on behalf of Trustee Benjamin A. Stanziale, Jr.
               trustee@stanzialelaw.com,  nj45@ecfcbis.com
              Benjamin A. Stanziale, Jr.    trustee@stanzialelaw.com,  nj45@ecfcbis.com
              Brian E Caine    on behalf of Creditor    BANK OF AMERICA, N.A. bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John A. Lipowski    on behalf of Debtor Francesca  Sansone jal1001@aol.com
              Tammy L. Terrell    on behalf of Creditor    BANK OF AMERICA, N.A. bankruptcy@feinsuch.com
                                                                                            TOTAL: 6
```