UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Offices
PARKER McCAY P.A.
Brian E. Caine, Esquire
9000 Midlantic Drive, Suite 300
P.O. Box 5054
Mount Laurel, New Jersey  08054
(856) 810-5815
Attorneys for Bank of America, N.A., its successors and/or assigns

**Order Filed on November 22, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

FRANCESCA SANSONE

CASE NO.  16-17053-RG

Chapter:  7
Hearing: November 22, 2016

Judge: GAMBARDELLA

# ORDER VACATING STAY AS TO REAL PROPERTY

The relief set forth on the following page, number two (2) is hereby ORDERED.

**DATED: November 22, 2016**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

LAW OFFICE
**PARKER McCAY P.A.**

Case 16-17053-RG    Doc 36    Filed 11/22/16    Entered 11/23/16 11:33:49    Desc Main
Document      Page 2 of 2


**(Page 2)**
Debtors: Francesca Sansone
Case No: 16-17053-RG
Caption of Order: ORDER VACATING STAY AS TO REAL PROPERTY

---

Upon the motion of Bank of America, N.A., its successors and/or assigns, ("Movant"), under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain real property as herein set forth, and for cause shown, it is hereby:

ORDERED that the automatic stay is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the Movant's rights in the following real property:

*19 William Way, Washington Twp, New Jersey 07853*

It is further ORDERED that the Movant may join the Debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

Rule 4001(a)(3) is not applicable and Movant, its successors and/or assigns may immediately enforce and implement this Order granting relief from the automatic stay.

It is further ORDERED that Movant is exempt from further compliance with Fed. Bankr. Rule P. 3002.1.

The Movant shall serve this order on the Debtor, Debtor's attorney, any trustee and any other party who entered an appearance on the motion.

LAW OFFICE
**PARKER McCAY P.A.**