**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Francesca Sansone** | Social Security number or ITIN  **xxx–xx–8770** |
| | First Name    Middle Name    Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court   **District of New Jersey**

Case number:   **16–17053–RG**

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Francesca Sansone
aka Francesca Germinario–Sansone, aka
Francesca Germanario

11/23/16

**By the court:** Rosemary Gambardella
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-17053-RG
Francesca Sansone                                                         Chapter 7
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin            Page 1 of 2            Date Rcvd: Nov 23, 2016
                               Form ID: 318           Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 25, 2016.
```
db         +Francesca Sansone,   19 William Way,   Long Valley, NJ 07853-3450
516115935  +Action Collection Agency,   16 Commerce Boulevard,   Middleboro, MA 02346-1085
516115936  +Advocare Aygen Pediatric and Adult Care,   530 Main Street, Suite 4A,   Chester, NJ 07930-2669
516115937  +Affiliated Dermatology,   182 South Street,   Morristown, NJ 07960-5350
516115938  +Affinity Federal Credit Union,   Attn. Peter J. Liska, LLC,   766 Shrewsbury Avenue,
             Tinton Falls, NJ 07724-3001
516115941  +Art of Dance,   15 Seminary Avenue,   Chester, NJ 07930-2675
516115942  +Bank of America Home Loans,   Attn. Fein, Such, Kahn & Shepard, PC,
             7 Century Drive, Suite 201,   Parsippany, NJ 07054-4609
516340828   Bank of America, N.A.,   P.O. Box 660933,   Dallas, TX 75266-0933
516115948   Emergency Medical Services,   Attn. B & B Collections,   PO Box 2137,
             Toms River, NJ 08754-2137
516115949  +Gregory Sansone,   19 William Way,   Long Valley, NJ 07853-3450
516115952  +Lifeline Medical Associates, LLC,   99 Cherry Hill Road,   Parsippany, NJ 07054-1102
516115953  ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
             TRENTON NJ 08646-0245
            (address filed with court: State of New Jersey,   50 Barrack Street,   PO Box 269,
             Trenton, NJ 08695-0269)
516115954  +Travelers,   77 Hartland Street,   PO Box 280410,   East Hartford, CT 06128-0410
516115956  +World Financial Network,   Portfolio Recovery Assocaites,   120 Corporate Boulevard,
             Norfolk, VA 23502-4952
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: usanj.njbankr@usdoj.gov Nov 23 2016 22:53:45    U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 23 2016 22:53:41    United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
intp       +E-mail/Text: BNC@magtrustee.com Nov 23 2016 22:54:33    Marie-Ann Greenberg,
             30 Two Bridges Road, Suite 330,   Fairfield, NJ 07004-1550
516115939  +E-mail/Text: bankruptcycare@affinityfcu.com Nov 23 2016 22:53:27
             Affinity Federal Credit Union,   73 Mountainview Boulevard,   Basking Ridge, NJ 07920-2332
516345788   EDI: RESURGENT.COM Nov 23 2016 22:43:00    Ashley Funding Services, LLC its successors and,
             assigns as assignee of Laboratory,   Corporation of America Holdings,
             Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
516115943  +EDI: TSYS2.COM Nov 23 2016 22:38:00    Bloomingdales,   9111 Duke Blvd.,
             Mason, OH 45040-8999
516324118   EDI: BL-BECKET.COM Nov 23 2016 22:38:00    Capital One NA,   c/o Becket and Lee LLP,
             PO Box 3001,   Malvern PA 19355-0701
516115944  +EDI: CCS.COM Nov 23 2016 22:43:00    Credit Collections Services,   Two Wells Avenue,
             Newton, MA 02459-3246
516115945  +E-mail/Text: kzoepfel@credit-control.com Nov 23 2016 22:53:46    Credit Control, LLC,
             5757 Phanthom Drive,   Hazelwood, MO 63042-2429
516115950  +EDI: IIC9.COM Nov 23 2016 22:43:00    IC Systems, Inc.,   PO Box 64378,
             Saint Paul, MN 55164-0378
516115951   EDI: CBSKOHLS.COM Nov 23 2016 22:38:00    Kohl's,   PO Box 2983,   Milwaukee, WI 53201-2983
516115955  +E-mail/Text: collect@williamsalexander.com Nov 23 2016 22:53:33
             Williams Alexander & Associates,   1479 Route 23 South,   Wayne, NJ 07470-7507
                                                                              TOTAL: 12
```

```
        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516115940* +Affinity Federal Credit Union,   73 Mountainview Boulevard,   Basking Ridge, NJ 07920-2332
516115947* +Credit Solutions Corporation,   5454 Ruffin Road, Suite 200,   San Diego, CA 92123-1313
516319651* ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
             TRENTON NJ 08646-0245
            (address filed with court: State of New Jersey,   Department of Treasury,
             Division of Taxation,   PO Box 245,   Trenton, NJ 08695-0245)
516115946  ##+Credit Solutions Corporation,   5454 Ruffin Road, Suite 200,   San Diego, CA 92123-1313
                                                                         TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-2          User: admin          Page 2 of 2          Date Rcvd: Nov 23, 2016
                              Form ID: 318          Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2016                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 23, 2016 at the address(es) listed below:
          Benjamin A. Stanziale, Jr.   on behalf of Trustee Benjamin A. Stanziale, Jr.
            trustee@stanzialelaw.com,  nj45@ecfcbis.com
          Benjamin A. Stanziale, Jr.   trustee@stanzialelaw.com,  nj45@ecfcbis.com
          Brian E Caine   on behalf of Creditor    BANK OF AMERICA, N.A. bcaine@parkermccay.com,
            BKcourtnotices@parkermccay.com
          Denise E. Carlon   on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
            bkgroup@kmllawgroup.com
          John A. Lipowski   on behalf of Debtor Francesca  Sansone jal1001@aol.com
          Tammy L. Terrell   on behalf of Creditor    BANK OF AMERICA, N.A. bankruptcy@feinsuch.com
                                                                              TOTAL: 6
```